# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | 8:22CV362 |
| vs. | |
| **$28,020.00 UNITED STATES CURRENCY,** | **SECOND AMENDED CASE PROGRESSION ORDER** |
| Defendant. | |
| and | |
| **JACKIE HARPER,** | |
| Claimant. | |

This matter comes before the Court on the unopposed motion for leave to amend the Rule 26(f) Report filed by the claimant (Filing No. 25), Jackie Harper. Attached to the motion is an amended Rule 26(f) Report (Filing No. 25-1) signed by counsel for both parties with proposed extensions of case progression deadlines. After review of the motion, the Court finds good cause exists to extend the deadlines in the Amended Case Progression Order (Filing No. 24). Accordingly,

**IT IS ORDERED** the unopposed motion for leave to amend Rule 26(f) Report (Filing No. 25) is granted, and the amended case progression order is amended as follows:

1) The deadline for serving initial mandatory disclosures under Rule 26(a)(1) is **January 16, 2024**.

2) The deadline for moving to amend pleadings or add parties is **February 20, 2024.**

3) The deadline for completing written discovery under Rules 33, 34, 36, and 45 of the Federal Rules of Civil Procedure is **April 18, 2024**. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by **May 2, 2024**.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

4) The deadline for identifying expert witnesses and completing expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is **May 13, 2024.**

5) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **June 13, 2024**.

6) The planning conference on March 13, 2024, is cancelled. The planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **June 18, 2024**, at **11:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

7) The deadline for filing motions to suppress and motions to exclude testimony on *Daubert* and related grounds is **June 28, 2024**.

8) The deadline for filing motions to dismiss and motions for summary judgment is **July 30, 2024**.

9) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

10) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 17th day of October, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge