# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | 8:22CV362 |
| vs. | |
| **$28,020.00 UNITED STATES CURRENCY,** | **ORDER ON JOINT STIPULATION FOR DISMISSAL** |
| Defendant. | |
| and | |
| **JACKIE HARPER,** | |
| Claimant. | |

This matter comes before the Court on the parties' Joint Stipulation of Dismissal (Filing No. 30). The parties agree that the United States currency seized from the Claimant will be handled through the administrative forfeiture process, and further agree that if that process does not dispose of the subject currency for any reason, Plaintiff can refile its Complaint in this matter. The parties also agree that Claimant waives all applicable rights to defeat a later challenge to the administrative forfeiture on procedural grounds, including notice requirements. The Court accepts the parties' stipulations. Accordingly,

**IT IS ORDERED** that the parties' Joint Stipulation of Dismissal (Filing No. 30) is granted. This case is dismissed without prejudice.

Dated this 26th day of February, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge